Rel: September 20, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2024-0119

Asset Preservation, LLC v. Karen Slaten, Jason Slaten, and Michael Slaten (Appeal from Baldwin Circuit Court: CV-23-900321).

MENDHEIM, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Parker, C.J., and Shaw, Bryan, and Mitchell, JJ., concur.